# PHILLIPS & ASSOCIATES

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

October 16, 2023

**Via ECF**
**The Honorable Arun Subramanian**
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The IPTC currently set for October 18, 2023, is hereby adjourned to November 30, 2023, at 11:00 AM. The Clerk of Court is directed to terminate the motion at Dkt. 16.
>
> SO ORDERED.
>
> *[signature]*
> Arun Subramanian, U.S.D.J.
> Date: October 16, 2023

Re:   Mitchell v. Harlem Children's Zone, Inc.
      Index No.: 23-cv-06855

Dear Judge Subramanian:

    We represent the Plaintiff in the above referenced matter. We write Your Honor, in conjunction with Defendants, to respectfully request an adjournment of the initial conference, presently scheduled for October 18, 2023.

    This is the first request for an adjournment of the initial conference and is made because this matter was recently referred to automatic mediation pursuant to the Standing Order in employment matters. To that end, the Parties are currently in the process of scheduling the mediation.

    Accordingly, we believe that it would be a prudent conservation of judicial time and resources to adjourn the initial conference until a date after the scheduled mediation (in the event that mediation is not fruitful). We appreciate the Court's consideration in this regard.

Respectfully Submitted,

**Phillips & Associates, PLLC**
*Attorneys for Plaintiffs*

*/s/ Gregory W. Kirschenbaum*
Gregory W. Kirschenbaum, Esq.

cc:   Nancy V. Wright, Esq. and Madjeen Garcon, Esq., *Attorneys for Defendant* (Via ECF)